# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STATE OF NEVADA SUPREME COURTS,

    Plaintiff(s),

v.

JONATHAN GREEN,

    Defendant(s).

Case No.: 2:20-cv-01932-JAD-NJK

**ORDER**

Defendant Jonathan Green is proceeding in this action *pro se* and submitted papers to initiate this case in this Court. Docket No. 1-1. Defendant has not, however, paid the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. To proceed with this case, Defendant must either pay the filing fee or file a fully complete application to proceed *in forma pauperis*.

Accordingly, **IT IS ORDERED:**

1.    Defendant shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a fully complete application to proceed *in forma pauperis*.

2.    The Clerk's Office shall send Defendant the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled "Information and Instructions" for filing an *in forma pauperis* application.

3.    Defendant must comply with this order no later than November 19, 2020. Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: October 20, 2020

Nancy J. Koppe
United States Magistrate Judge

1